UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MTB ENTERPRISES, INC., )
 )
       Plaintiff, )
 )
  v. ) No. 4:06 CV 76 DDN
 )
FLEETWOOD ENTERPRISES, INC., )
 )
       Defendant. )

## ORDER

**IT IS HEREBY ORDERED** that the parties shall file a copy of the clerk's minutes of St. Louis County Circuit Court Cause No. 05CC-001920 not later than June 6, 2006.

_____
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on May 31, 2006.