UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MTB ENTERPRISES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:06 CV 76 DDN ) |
| FLEETWOOD ENTERPRISES, INC., | ) ) |
| Defendant. | ) |

### FIRST AMENDED CASE MANAGEMENT ORDER

**IT IS HEREBY ORDERED** that the joint motion of the parties (Doc. 30) to amend the case management order is sustained as follows:

3. (b) **PLAINTIFF EXPERTS.** Plaintiff shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **October 2, 2006**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **November 15, 2006**.

   (c) **DEFENDANT EXPERTS.** Defendant shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **November 1, 2006**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **December 15, 2006**.

_____
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on August 25, 2006.